# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 18-40174
Summary Calendar

—————

United States Court of Appeals
Fifth Circuit

**FILED**

December 6, 2018

Lyle W. Cayce
Clerk

In the Matter of:

DEBRA ANN LOHRI,

Debtor.

DEBRA ANN LOHRI,

Appellant,

versus

SPECIALIZED LOAN SERVICING, L.L.C.,

Appellee.

—————

Appeal from the United States District Court
for the Eastern District of Texas
No. 4:17-CV-866

—————

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:[*]

Debra Lohri's notice of appeal from the bankruptcy court to the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40174

court arrived at the office of the bankruptcy clerk a few days after the due date. She appeals the dismissal of that appeal, contending that we should expand the "mailbox rule" to make it available beyond just prisoners. Rule 8002 of the Federal Rules of Bankruptcy Procedure, entitled "Time for filing Notice of Appeal," includes an exception, in subsection (c), for "Appeal by an Inmate Confined in an Institution."

Lohri is not an inmate, so the usual rule applies to her. In *Wright v. Kite Brothers, L.L.C. (In re Kite)*, 710 F. App'x 628, 631−32 (5th Cir. 2018) (per curiam), we carefully explained that Rule 8002 is jurisdictional. *See Dorsey v. U.S. Dep't of Educ.*, 870 F.3d 359, 362 (5th Cir. 2017); *Smith v. Gartley (In re Berman-Smith)*, 737 F.3d 997, 1003 (5th Cir. 2013).

The judgment of dismissal for want of jurisdiction is AFFIRMED.